UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>CRYSTAL LEE CASLER,<br><br>                                    Defendant. | Case No.:  19CR4275-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

    Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8).  Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **April 30, 2021**; the hearing is **CONTINUED** to **Friday, May 21, 2021** at **9:00 a.m.**

    IT IS SO ORDERED.

Dated:  April 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge