# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19-cr-04275-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER** |
| CRYSTAL LEE CASLER, | |
| Defendant. | |

Finding good cause there, **IT IS HEREBY ORDERED** granting Ms. Casler's Unopposed Motion to Modify Briefing Schedule. The briefing schedule is modified as follows:

- Defense counsel shall file any supplemental briefing in support of Defendant's motion for a sentence reduction by 1/31/22.
- Plaintiff shall file a response by 2/21/22.
- An optional reply may be submitted by 2/28/22.

IT IS SO ORDERED.

Dated: January 10, 2022

Hon. Janis L. Sammartino
United States District Judge